## First District.

**N. M. Andruchow, appellee, v. Western Union Telegraph Company, appellant. Gen. No. 29,536.**

Suit for money had and received. Judgment for the plaintiff. Appeal from the Municipal Court of Chicago; the Hon. George A. Curran, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Reversed with a finding of facts. Opinion filed June 9, 1925.

West & Eckhart, for appellant; Francis R. Stark and Joseph L. Egan, of counsel. Webster, Holmes & Holmgren, for appellee; Grover E. Holmes, of counsel.

Mr. Presiding Justice Fitch delivered the opinion of the court.

---

**Up-To-Date Machine Works, appellant, v. F. W. Stewart Manufacturing Corporation, appellee. Gen. No. 29,565.**

Suit on contract. Judgment for the defendant. Appeal from the Municipal Court of Chicago; the Hon. William E. Viner, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Reversed and remanded. Opinion filed June 9, 1925.

Helmer, Moulton, Whitman & Holton, for appellant; Arthur E. Boroughf, of counsel. Bernard W. Vinissky, for appellee.

Mr. Presiding Justice Fitch delivered the opinion of the court.

---

**Hymen Brothers et al., appellees, v. International Ladies Garment Workers' Union et al., defendants. In re Contempt of Roy Nichols, appellant. Gen. No. 29,577.**

Contempt proceedings. Defendants found guilty. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Affirmed. Opinion filed June 9, 1925.

Ramsay, Konencamp & De Wolfe, for appellant; Thomas C. Spelling, of counsel. Newman, Poppenhusen, Stern & Johnston, for appellees; Edward R. Johnston and Henry Jackson Darby, of counsel.

Mr. Presiding Justice Fitch delivered the opinion of the court.